DANIEL G. BOGDEN
Nevada State Bar No. 2137
United States Attorney
District of Nevada

SHARON LAHEY
California State Bar No. 256628
Assistant Regional Counsel
United States Social Security Administration
160 Spear Street, Suite 800
San Francisco, California 94105-1545
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
Email: slahey@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| TAMMY R. BOGROFF, | Case No. 2:13-cv-00267-JCM-NJK |
| Plaintiff, | **STIPULATION TO REOPEN** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the above-captioned action be reopened. On February 5, 2014, the Court remanded the above-captioned action for further administrative proceedings and retained jurisdiction under sentence six of 42 U.S.C. § 405(g). The parties stipulated to remand because the administrative law judge relied on evidence that did not pertain to Tammy R. Bogroff ("Plaintiff") in rendering his decision. The proceedings on remand have culminated into the administrative law judge's unfavorable decision dated June 12, 2015. This decision became the final decision of Carolyn W. Colvin ("Defendant") on August 11, 2015.

    Now that the administrative proceedings have concluded, reopening is necessary. In a sentence-six remand case, the Court retains jurisdiction following the remand. See <u>Melkonyan v. Sullivan</u>, 501 U.S. 89, 98; 111 S. Ct. 2157; 115 L. Ed. 78 (1991) (District Court retains jurisdiction over Social Security cases remanded under 42 U.S.C. § 405(g), sentence six, and where the final administrative decision is favorable to one party or the other, the Commissioner is to return to Court following completion of the administrative proceedings on remand so that the Court may enter a final judgment or, as in this case, a dismissal); <u>see also</u> <u>Shalala v. Schaefer</u>, 509 U.S. 292, 298–300 (1993).

    It is therefore appropriate to reopen the above-captioned action. Upon reopening, Defendant will file her answer and certified administrative record within 30 days of the Court's order reopening the above-captioned matter.

.

Date: November 3, 2015　　　　　　　　ROHLFING & KALAGIAN, LLP

　　　　　　　　　　　　　　　　　　　　/s/ *Marc V. Kalagian*
　　　　　　　　　　　　　　　　　　　　MARC. V. KALAGIAN

Date: November 3, 2015　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ *Sharon Lahey*
　　　　　　　　　　　　　　　　　　　　SHARON LAHEY
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

**ORDER**

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 4, 2015　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE