Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702)385-2220
Fax: (702)384-0394
E-mail: kshonfeld@shookandstone.com

Attorneys for Plaintiff
Tammy R. Bogroff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMMY R. BOGROFF, | Case No.: 2:13-cv-00267-JCM-NJK |
| Plaintiff, | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE NANCY J. KOPPE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Tammy R. Bogroff be awarded attorney fees and expenses in the amount of four thousand four

-1-

1 hundred dollars ($4,400.00) under the Equal Access to Justice Act (EAJA), 28
2 U.S.C. § 2412(d). This amount represents compensation for all legal services
3 rendered on behalf of Plaintiff by counsel in connection with this civil action, in
4 accordance with 28 U.S.C. §§ 1920; 2412(d).

5     After the Court issues an order for EAJA fees to Tammy R. Bogroff, the
6 government will consider the matter of Tammy R. Bogroff's assignment of EAJA
7 fees to Marc V. Kalagian. The retainer agreement containing the assignment is
8 attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010),
9 the ability to honor the assignment will depend on whether the fees are subject to
10 any offset allowed under the United States Department of the Treasury's Offset
11 Program. After the order for EAJA fees is entered, the government will determine
12 whether they are subject to any offset.

13     Fees shall be made payable to Tammy R. Bogroff, but if the Department of
14 the Treasury determines that Tammy R. Bogroff does not owe a federal debt, then
15 the government shall cause the payment of fees, expenses and costs to be made
16 directly to Law Offices of Rohlfing & Kalagian, LLP pursuant to the assignment
17 executed by Tammy R. Bogroff.[1] Any payments made shall be delivered to Marc
18 V. Kalagian.

19     This stipulation constitutes a compromise settlement of Tammy R.
20 Bogroff's request for EAJA attorney fees, and does not constitute an admission of
21 liability on the part of Defendant under the EAJA or otherwise. Payment of the
22 agreed amount shall constitute a complete release from, and bar to, any and all
23 claims that Tammy R. Bogroff and/or Marc V. Kalagian including Law Offices of

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

1  Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection
2  with this action.
3        This award is without prejudice to the rights of Marc V. Kalagian and /or the
4  Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney
5  fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the
6  EAJA.
7  DATE: August 5, 2016            Respectfully submitted,
8                                  ROHLFING & KALAGIAN, LLP
9
                                   /s/ *Marc V. Kalagian*
10                          BY:_____
                                   Marc V. Kalagian
11                                 Attorney for plaintiff Tammy R. Bogroff
12 Of Counsel:
13 Monica Perales
   Attorney at Law
14
15
   DATED: August 5, 2016           DANIEL G. BOGDEN
16                                 United States Attorney
17
                                   /s/ *Sharon Lahey*
18                          BY:_____
                                   SHARON LAHEY
19                                 Assistant Regional Counsel
                                   Attorneys for Defendant
20                                 (Per e-mail authorization)
21
22
23
24
25
26

-3-

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of August 5, 2016, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ms. Tammy R. Bogroff
4548 Via San Marco
Las Vegas, NV 89103

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Monica Perales　　　　　　　　　　　　　　/S/ *Monica Perales*_____
TYPE OR PRINT NAME　　　　　　　　　　　　　　　SIGNATURE

1

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:13-CV-00267-JCM-NJK**

2

3    I hereby certify that I electronically filed the foregoing with the Clerk of the

4    Court for this court by using the CM/ECF system on August 5, 2016.

5    I certify that all participants in the case are registered CM/ECF users and

6

7    that service will be accomplished by the CM/ECF system, except the plaintiff

8    served herewith by mail.

9                                         /s/ *Marc V. Kalagian*

10                                         _____

11                                         Marc V. Kalagian
                                           Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702)385-2220
Fax: (702)384-0394
E-mail: kshonfeld@shookandstone.com

Attorneys for Plaintiff
Tammy R. Bogroff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMMY R. BOGROFF, | Case No.: 2:13-cv-00267-JCM-NJK |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

///

-1-

1     IT IS ORDERED that fees and expenses in the amount of $4,400.00 as
2 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
3 DATE: August 8, 2016.

_____
UNITED STATES DISTRICT JUDGE