AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Tammy R. Bogroff

                Plaintiff,

v.

Andrew Saul, Commissioner Social Security

                Defendant.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:13-cv-00267-JCM-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered awarding attorney fees in favor of Plaintiff in the amount of $15,334.00

May 15, 2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk